DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GREAT AMERICAN INSURANCE COMPANY,   :

                *Plaintiff,*   :   **16-cv-9649 (JPO)**

  - against -   :   **NOTICE OF DISMISSAL**

PREFERRED FREEZER SERVICES OF SOUTH   :
FLORIDA, LLC
                :
              *Defendant.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Plaintiff, Great American Insurance Company, by and through its attorneys Maloof Browne & Eagan LLC hereby voluntarily dismisses the action against Defendant Preferred Freezer Services of South Florida, LLC without costs, F.R.C.P. 41(a)(1)(A)(i). The Defendant has not answered, appeared, or filed a motion for summary judgment.

Dated:  Rye, New York
         December 19, 2016

SO ORDERED:

*[signature]*
J. PAUL OETKEN
United States District Judge

MALOOF BROWNE & EAGAN LLC

By: *[signature]*
   Thomas M. Eagan (TE 1713)
   David T. Maloof (DM 3350)
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
Tel: (914) 921-1200
*Attorneys for Plaintiff*

12/19/16